UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOEL JORDAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00715-O-BP |
| | § | |
| IRONWORKERS LOCAL 263, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Motion to Dismiss (ECF No. 10) is **GRANTED in part and DENIED in part**. The Motion is **GRANTED** as to Plaintiff's claims against the Individual Defendants, but the Motion is **DENIED** as to Plaintiff's claims against Local Ironworkers 263. The Court **DISMISSES** Plaintiff's claims against Defendants Julio Gonzales, Jr., Mark Fritts, Greg Schultze, Herlinda Gonzalez Darr, and Michael Salceda, **with prejudice**.

**SO ORDERED** on this **18th day** of **January, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE