**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| JOEL JORDAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:21-cv-00715-O-BP |
| § | |
| IRONWORKERS LOCAL 263, *et al.*, § | |
| § | |
| Defendants. § | |

## **JUDGMENT**

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Plaintiff's claims against the Individual Defendants are **DISMISSED WITH PREJUDICE**.

2. The clerk shall transmit a true copy of this Judgment, together with a true copy of the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, to the parties.

**SO ORDERED** on this **18th day** of **January, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE